THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Earnest E. Vaughn,
 Sr., Appellant.
 
 
 
 
 

Appeal From Greenwood County
 Wyatt T. Saunders, Jr, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-573
 Submitted November 2, 2009  Filed
December 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor Jerry  Peace, of Greenwood; for
 Respondent.
 
 
 

PER CURIAM:  Earnest E. Vaughn, Sr., appeals from his guilty plea to possession with
 intent to distribute methamphetamine, arguing his guilty plea failed to conform
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.